L. F. REESE v. STATE. (No. 8590.) (Court of Criminal Appeals of Texas. March 26, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. The indictment is regular. The record is before us without statement of facts or bill of exceptions. No fundamental error has been pointed out or discovered. The judgment is affirmed.

W. H. ROGERS v. STATE. (No. 8240.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of transporting intoxicating liquor, and his punishment fixed at one year in the penitiary. There is in the record an application on behalf of the appellant to withdraw his appeal, which is signed by him and sworn to in proper form. Upon the application of appellant, his appeal is dismissed.

J. B. WALKER v. STATE. (No. 8286.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Tarrant County Court, at Law; P. W. Seward, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. From a conviction in the county court at law of Tarrant county for child desertion, with punishment fixed at 30 days in the county jail, this appeal is taken. The complaint and information correctly set forth the offense, the charge of the court submitted the law, and, the record containing neither bills of exception nor statement of facts, the judgment will be affirmed.

Charles WHITE v. STATE. (No. 8336.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from Tarrant County Court, at Law; P. W. Seward, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for misdemeanor theft, with punishment of 60 days in the county jail. No statement of facts nor bills of exception appear in the record. Nothing is presented for review. The judgment is affirmed.

Hizzie WHITMORE v. STATE. (No. 8455.) (Court of Criminal Appeals of Texas. March 5, 1924.) Appeal from District Court, Camp County; R. T. Wilkinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. The proceedings appear to be regular. Nothing is brought forward for review, either by statement of facts or bill of exceptions. The judgment is affirmed.

G. C. BUTLER v. J. S. KNOTT. (No. 1600.) (Court of Civil Appeals of Texas. El Paso. March 13, 1924. Rehearing Denied April 3, 1924.) Appeal from District Court, Shackelford County; W. R. Ely, Judge. Walter L. Morris, of Fort Worth, for appellant. M. S. Long and Stinson, Coombes & Brooks, all of Abilene, for appellee.

HIGGINS, J. The only assignment presented complains of argument of appellee's counsel to the jury, alleged to be highly inflammatory and prejudicial to appellant. Upon an examination of the evidence, we are of the opinion that it justified the argument which counsel made. The matter, therefore, presents no error. Affirmed.